516

Argued June 21, affirmed June 21, 1973

STATE OF OREGON, *Respondent, v.* VELBERT LEE JENKINS (Nos. 72 3291 and 72 4771, consol.), *Appellant.*

510 P2d 1354

*John K. Hoover,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John H. Clough,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.